UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Samuel Manriquez                 3524005
                                 15274088

(Enter above the full name of the plaintiff          (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                       CIVIL ACTION NO. 2:22-CV-00406
                                 (Number to be assigned by Court)

Kanawha County Sheriffs

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district; if state court, name the county);

        _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

        _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. Place of Present Confinement: South Central Regnal Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes _____    No __X__

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____    No __X__

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: this case has nothing to do with the place I'm incarcerated

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Samuel Manriquez 3524005

    Address: 1001 Centre Way Charleston WV 25309

    B. Additional Plaintiff(s) and Address(es): 15274088 is my Fedral I.D. number

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Kanawha County Sheriffs

is employed as: _____

at _____

D. Additional defendants: Officers that were involved with my arrest

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb 17, 2021 I was arrested in Mink Shoals West Virginia. After I surrenderd to Kanawha County Sheriffs and U.S. Marshels Cop. Adams of Kanawha County Sheriffs Commanded her German Shepherd to attack me. I was on the ground surrenderd when the Shepherd viliously and violently mauld my Left arm tearing my mucle and

4

IV. Statement of Claim (continued):

flesh. the shepherd across my back to my right arm mauling me viciously. The officers were unconcerned with the way I was being terrorized. At this time a officer got on my back while other officers took turns Assulting me. the ungovernable officers contuned there unlawful and unbecoming assult on me. I was bleeding in agonizing pain these officers showed no regard for my life and should be accantble

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like the body cam footage and names BG officers that arrested me so I can pursue Civil and Criminal Charges

5

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII.  Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        NO

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No __X__

    If so, state the name(s) and address(es) of each lawyer contacted:

_____

If not, state your reasons: **I dont know who to contact to represent me**

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-20-22_____.
               (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7