*002082050200*



# UNICARE

**THIS IS NOT A BILL**
UniCare Health Plan of West Virginia, Inc.
Member Explanation of Benefits

**PATIENT NAME:** SAMUEL MANRIQUEZ
**PATIENT #:** 00603827279

| Claim Number / Provider Name | Service Number | Dates of Service | Paid to Provider | What You May Need to Pay | Procedure Description | Explanation Code(s) |
|---|---|---|---|---|---|---|
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0001 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Radiology | I53 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0002 | 02/17/21 to 02/17/21 | $19.64 | $0.00 | Radiology | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0003 | 02/17/21 to 02/17/21 | $25.25 | $0.00 | Radiology | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0004 | 02/17/21 to 02/17/21 | $46.74 | $0.00 | Ct Scan | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0005 | 02/17/21 to 02/17/21 | $61.97 | $0.00 | Ct Scan | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0006 | 02/17/21 to 02/17/21 | $86.01 | $0.00 | Ct Scan | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0007 | 02/17/21 to 02/17/21 | $67.84 | $0.00 | Ct Scan | 175 |

UWV-EOB-0010-19

| Claim Number<br>Provider Name | Service Number | Dates of Service | Paid to Provider | What You May Need to Pay | Procedure Description | Explanation Code(s) |
|---|---|---|---|---|---|---|
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0008 | 02/17/21 to 02/17/21 | $151.71 | $0.00 | Ct Scan | 175 |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0009 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Emergency Room | ABF |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0010 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Emergency Room | ABF |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0011 | 02/17/21 to 02/17/21 | $191.80 | $0.00 | Emergency Room | 175 |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0012 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Drugs | AAV |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0013 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Drugs | AAV |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0014 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Drugs | AKJ |
| 2021083131004<br>THOMAS MEMORIAL HOSPITAL | 0015 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Drugs | AKJ |
| Totals | | | $650.96 | $0.00 | | |

**Explanation Code Description:**

AKJ - NDC's must only be billed for codes included in the rebate program.

AAV - One or more of the fields related to the National Drug Code (NDC) number, units or quantity is missing, incomplete, invalid, mismatched, or deactivated.

UWV-EOB-0010-19



# UNICARE.
An Anthem Company

## THIS IS NOT A BILL
UniCare Health Plan of West Virginia, Inc.
Member Explanation of Benefits

**PATIENT NAME:** SAMUEL MANRIQUEZ
**PATIENT #:** 00603827279

| Claim Number / Provider Name | Service Number | Dates of Service | Paid to Provider | What You May Need to Pay | Procedure Description | Explanation Code(s) |
|---|---|---|---|---|---|---|
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0001 | 02/17/21 to 02/17/21 | $22.04 | $0.00 | Radiology-Extremity | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0002 | 02/17/21 to 02/17/21 | $19.64 | $0.00 | Radiology-Extremity | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0003 | 02/17/21 to 02/17/21 | $25.25 | $0.00 | Radiology-Extremity | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0004 | 02/17/21 to 02/17/21 | $46.74 | $0.00 | Ct Scan-Head/Neck | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0005 | 02/17/21 to 02/17/21 | $61.97 | $0.00 | Ct Scan-Head/Neck | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0006 | 02/17/21 to 02/17/21 | $86.01 | $0.00 | Ct Scan-Chest | 175 |
| 2021083131004 / THOMAS MEMORIAL HOSPITAL | 0007 | 02/17/21 to 02/17/21 | $67.84 | $0.00 | Ct Scan-Spine | 175 |

UWV-EOB-0010-19

| Claim Number / Provider Name | Service Number | Dates of Service | Paid to Provider | What You May Need to Pay | Procedure Description | Explanation Code(s) |
|---|---|---|---|---|---|---|
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0008 | 02/17/21 to 02/17/21 | $151.71 | $0.00 | Medical_Care | 175 |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0009 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Injection/Infusion | ABF |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0010 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Injection/Infusion | ABF |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0011 | 02/17/21 to 02/17/21 | $191.80 | $0.00 | Emergency Service | 175 |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0012 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Drug Non-Oral Admin | AAV |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0013 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Drug Non-Oral Admin | AAV |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0014 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Contrast Material | AKJ |
| 2021083131004 THOMAS MEMORIAL HOSPITAL | 0015 | 02/17/21 to 02/17/21 | $0.00 | $0.00 | Immunization | AKJ |
| Totals | | | $673.00 | $0.00 | | |

**Explanation Code Description:**
175 - The doctor/facility agreed to accept a discounted rate for this service. The member is not responsible for any amount over the discounted rate.

UWV-EOB-0010-19