IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

SAMUEL MANRIQUEZ,

          Plaintiff,

v.                                  CIVIL ACTION NO. 2:22-cv-00406

KANAWHA COUNTY SHERIFFS,

          Defendant.

## ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 18, 2023, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 7] ("PF&R") and recommended that the court deny without prejudice Defendant's Motion to Dismiss [ECF No. 4], as leave had been granted, by separate Order [ECF No. 6], for Plaintiff to file an amended complaint and cure the deficiencies identified in Defendant's Motion. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES without prejudice** Defendant's Motion to Dismiss, [ECF No. 4].

The court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record and any unrepresented party.

ENTER:   June 6, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE